# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

15 MAR 23 PM 4:26

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>ROBERTO MANCILLA DIAZ,<br><br>                    Defendant. | CASE NO. 13CR3729-GPC<br><br>**DUPLICATE**<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: _as charged in the Information._

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/20/14

                                        RUBEN B. BROOKS
                                        UNITED STATES DISTRICT JUDGE

                                        ENTERED ON _____